No. 118.   ALDREW OIL & GAS CO. *v.* ALEXANDER, COLLECTOR OF INTERNAL REVENUE; and

No. 119.   BERGEN OIL & GAS CO. *v.* SAME.   October 8, 1934.   Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   *Mr. Charles H. Garnett* for petitioners.   *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John G. Remey* for respondent.

No. 121.   PERRON *v.* AETNA LIFE INSURANCE CO.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Messrs. Isaac E. Ferguson* and *Edward Sonnenschein* for petitioner.   *Mr. George T. Buckingham* for respondent.

No. 122.   ULTIMO *v.* PALMER, DISTRICT DIRECTOR OF IMMIGRATION, ET AL.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Harold O. Mulks* for petitioner.   *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondents.

No. 123.   HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BROWN, EXECUTRIX; and

No. 124.   SAME *v.* BROWN.   October 8, 1934.   Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Solicitor General Biggs* for petitioner.   *Messrs. Herbert Pope* and *Benjamin M. Price* for respondents.